IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:13-SW-625 CKD |
|---|---|
| THE PREMISES AND PROPERTY AT 309 RAILBRIDGE ROAD, PALERMO, CALIFORNIA APN: 027-180-041-000 | **UNDER SEAL** ORDER SEALING AFFIDAVIT AND SEARCH WARRANT |

## ORDER

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Affidavit, Search Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

IT IS SO ORDERED.

DATED: 9/25/2013

HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL AFFIDAVIT AND SEARCH WARRANT AND [PROPOSED] ORDER        3